

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00362-CR

### EX PARTE GLENDA HAMMONS,

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2019-3806-02**

## MEMORANDUM  OPINION

On February 29, 2024, Appellant's counsel filed a motion to dismiss this appeal that was signed by both Appellant and her counsel.  *See* TEX. R. APP. P. 42.2(a).  We have not issued an opinion in this appeal since the Court of Criminal Appeals remanded it to this Court for further proceedings.  *See Ex Parte Couch*, 678 S.W.3d 1, 8 (Tex. Crim. App. 2023); *see also State v. Stanley*, 10-05-00101-CR, 2006 WL 3103082, at *1 (Tex. App.—Waco 2006, no pet.).  The State has not filed a response.

Appellant's motion to dismiss is granted and this appeal is hereby dismissed.


STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Smith, and
      Justice Wright[1]
Dismissed
Opinion issued and filed March 19, 2024
Do not publish
[CR25]



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court.  *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.